NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1085

INNOVATIVE THERAPIES, INC.,

Plaintiff-Appellant,

v.

KINETIC CONCEPTS, INC.
KCI LICENSING, INC., and KCI USA, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-589, Judge Sue L. Robinson.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Innovative Therapies, Inc. moves (1) for judicial notice of a court filing submitted by Kinetic Concepts, Inc. et al. (KCI) in separate litigation, Kinetic Concepts, Inc. v. Bluesky Med. Corp., No. 08-CV-00102 (W.D. Tex.), and two hearing transcripts from that case and (2) to supplement the record with the same documents. KCI opposes. Innovative replies.

Judicial notice may be appropriate with respect to documents filed in courts. However, the relevance of such materials is left to the discretion of the merits panel. Innovative's motion to supplement the record is denied.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for judicial notice is granted.

(2) The motion to supplement the record is denied.

(3) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

JUL 1 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 6 2009

JAN HORBALY
CLERK

cc: Jonathan G. Graves, Esq.
Donald R. Dunner, Esq.

s17